UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TINA MARIA YANDELL                                              PLAINTIFF

v.                          No. 3:16-CV-00132-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                  DEFENDANT

# JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for an award of benefits to Yandell.

DATED this 15th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE